AURORA OPERATING CO., INC., Respondent, v. MAZDA HOMES, INC., and Others, Defendants. JOHN JOHANSON, Appellant.— Order denying motion for a resale in foreclosure affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

GEORGE BENDER, Respondent, v. JOHANNA KNUDSEN, Appellant.— Order denying motion to dismiss complaint and cancel *lis pendens* affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

GEORGE BRANDT, Appellant, v. ERNST ULMER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

LEONARD CALIA, Respondent, v. JOSEPH P. SANNUTO, Appellant.— Interlocutory and final judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

OLAF CASPERSEN, Appellant, v. LA SALA BROTHERS, INC., and OMAHA REALTY COMPANY, INC., Respondents.— Order denying plaintiff's motion for a preference reversed on the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. This motion and a prior one were denied solely on the ground of laches. We do not think that the facts shown in this case disclose sufficient serious delay to constitute laches preventing the granting of the preference. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

VIRGINIA M. CHANDLER,. Respondent, v. ROBERT P. BARLOW, Appellant. DANIEL REEVES, INC., Defendant. Order denying motion to vacate notice of examination of defendant before trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

SAMUEL CHANDLER, JR., Respondent, v. ROBERT P. BARLOW, Appellant. DANIEL REEVES, INC., Defendant.— Order denying motion to vacate notice of examination of defendant before trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

FRANK COHN, Respondent, v. CHARLES CITRIN, Appellant.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Jaycox, Manning and Kapper, JJ., concur; Lazansky, J., dissents upon the ground that plaintiff was not licensed to act as a real estate broker on his own account.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of MARGARET SCHAGER, Respondent, v. JOHN HOGE, Appellant.— Order of filiation unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

THOMAS H. CROSS and EARNEST G. STILLMAN, etc., Respondents, v. BISHOP OIL CORPORATION and WONDER COMPANY, LTD., OF CANADA, Appellants, and WILLIAM WALLACE MEIN, Defendant. (Appeal No. 2.) — Order for examination before trial of defendant Bishop Oil Corporation reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon authority of *Cross* v. *Bishop Oil Corporation* [*ante*, 632], decided herewith. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

LULU CUMMINGS, Respondent, v. FRANK CUMMINGS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.